CITY AND COUNTY OF SACRAMENTO, Respondent, **v.**
S. W. BURKE et al., Appellants.

No. 3898; May 31, 1866.

Injunction—Filing After Act Done.—An injunction filed after
the actual doing of the act enjoined fails for want of subject matter.

Contempt—Disobeying Injunction.—A Tax Collector enjoined
against making a tax sale cannot be in contempt for disobeying the
injunction when the sale was made before its issue.

APPEAL from Sixth Judicial District, Sacramento County.

G. R. Moore for respondent; Winans & Hyer for appellants.

SHAFTER, J.—There are nine general objections taken to
the judgment in argument, and they are resolved by counsel
into thirty-one distinct points. The case was not heard at the
bar and no brief has been filed by the respondents.

The action is upon a bond given in aid of an application for
an injunction restraining a tax sale. But the injunction was
an anachronism and so was the bond. The sale intended to be
forbidden took place before the injunction was served on the
tax collector (Elliott v. Osborne, 1 Cal. 396) and before it was
granted also. The sale was on the 15th of February, 1858.
The injunction is not dated, but was filed on the 16th, and
the parol proof shows that it was served on that day. So far
as the sale is concerned, the injunction failed for want of sub-
ject matter. To that extent contempt was impossible. The
"certificate of sale" which the tax collector is forbidden by
the injunction to issue had reference to a certificate based on
the prospective sale which it was the purpose of the bill to
enjoin.

There are other grounds of objection which we consider to
be well taken, but we do not, under the circumstances, feel
called on to discuss them.

Judgment reversed and new trial ordered.

We concur: Sanderson, J.; Sawyer, J.; Currey, C. J.;
Rhodes, J.